# L<span style="font-variant:small-caps">aw</span> O<span style="font-variant:small-caps">ffice of</span> B<span style="font-variant:small-caps">rian</span> L. G<span style="font-variant:small-caps">reben</span>

**316 Great Neck Road**  Office: (516) 304-5357
**Great Neck, NY 11021**  Fax:    (516) 726-8425

www.grebenlegal.com  brian@grebenlegal.com

June 9, 2016

**BY E.C.F.**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

        Re: *Loulias v. Ethan Cohen Fine Arts, LLC, et al.*
            Southern District of New York
            16 cv 2084 (KPF)

Dear Judge Failla:

    I represent plaintiff in the above-referenced matter, and am writing this letter to request that the initial conference, currently scheduled for Tuesday, June 14, 2016, be adjourned for thirty (30) days.

    Please be advised that the parties have been negotiating over the past several weeks, and have agreed upon a tentative resolution. Defendants consent to the instant request that the initial conference be adjourned to allow the parties to finalize the details of our agreement.

    This is the first time either party has requested such an extension.

    Thank you for your time and consideration.

                                                Very truly yours,

                                                Brian L. Greben

cc:    Ronnie Silverberg, Esq.